KAYE SCHOLER LLP
Richard G. Smolev (RS 2222)
Piper A. Brock (PB 6335)
425 Park Avenue
New York, New York 10022
(212) 836-8000 (telephone)
(212) 836-8689 (facsimile)

*Counsel for DFO Partnership*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| In re: | Case No.: 05-17923 (ASH) |
| DELTA AIR LINES, INC. *et al.*, | (Jointly Administered) |
| Debtors. | Chapter 11 |

### AMENDED NOTICE OF APPEAL OF DFO PARTNERSHIP OF ORDER WITH RESPECT TO TIA/SLV OBJECTION 1

PLEASE TAKE NOTICE that DFO Partnerhip ("DFO") hereby appeals to the United States District Court for the Southern District of New York from the orders ("Orders") of the United States Bankruptcy Court ("Bankruptcy Court") for the Southern District of New York (Hon. Adlai S. Hardin), entered September 21, 2007 ("September 21 Order") (Docket No. 6720), and November 15, 2007 (Docket No. 6940), sustaining TIA/SLV Objection 1: Objection by Delta Air Lines, Inc. and the Official Committee of Unsecured Creditors to Certain Claims Filed by DFO and the Bank of New York for Tax Indemnities and Stipulated Loss Values ("TIA/SLV Objection 1") with Respect to Aircraft Nos. N914DL, N915DL, N916DL, N954DL, N955DL, N956DL, N957DL, and N958DL.  Copies of (i) the Orders, (ii) the Bankruptcy Court's decision on TIA/SLV Objection 1 dated May 16, 2007 ("May 16 Decision") (Docket No. 6160), (iii) the transcript of the hearing held on August 20, 2007, denying DFO's Motion for Reconsideration of

the May 16 Decision dated May 31, 2007 (Docket No. 6643), and (iv) the transcript of the hearing held on November 6, 2007, denying DFO's Motion for Reconsideration of the September 21 Order, dated September 21, 2007 (Docket No. 6722), are attached hereto as Exhibits A-D, respectively.

The names of all parties to the Decisions and Orders appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Party | Attorneys |
|---|---|
| **Appellants** | |
| DFO Partnership | Richard G. Smolev (RS 2222)<br>Piper A. Brock (PB 6335)<br>425 Park Avenue<br>New York, New York 10022<br>(212) 836-8000 (telephone)<br>(212) 836-8689 (facsimile)<br>Counsel for DFO Partnership |
| **Appellees** | |
| Delta Air Lines, Inc. | Michael E. Wiles (MW 0962)<br>Richard F. Hahn (RH 5391)<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 909-6000 (telephone)<br>(212) 909-6836 (facsimile)<br>Special Aircraft Attorneys for the Debtors and Debtors in Possession |
| The Official Committee of Unsecured Creditors of Delta Air Lines, Inc., *et al*. | Daniel H. Golden (DG 5624)<br>David H. Botter (DB 2300)<br>Mitchell P. Hurley (MH 0740)<br>Akin Gump Strauss Hauer & Feld LLP<br>590 Madison Avenue<br>New York, NY 10022<br>(212) 872-1000 (telephone)<br>(212) 872-1002 (facsimile)<br>Counsel for the Official Committee of Unsecured Creditors |

| | |
|---|---|
| Ad Hoc Committee of Senior Secured Aircraft Creditors | Michael M. Elliot (ME 0840)<br>Michael J. Reilly (MR 6994)<br>Joshua Dorchak (JD 1874)<br>Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022<br>(212) 705-7000<br>Counsel for Ad Hoc Committee of Senior Secured Aircraft Creditors. |
| Dated: New York, New York<br>November 30, 2007 | KAYE SCHOLER LLP<br><br>  /s/ Richard G. Smolev<br>Richard G. Smolev (RS 2222)<br>Piper A. Brock (PB 6335)<br>425 Park Avenue<br>New York, New York 10022<br>(212) 836-8000 (telephone)<br>(212) 836-8689 (facsimile)<br><br>*Counsel for DFO Partnership* |