KAYE SCHOLER LLP
Richard G. Smolev (RS 2222)
Piper A. Brock (PB 6335)
425 Park Avenue
New York, New York 10022
(212) 836-8000 (telephone)
(212) 836-8689 (facsimile)

*Counsel for DFO Partnership*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| In re: | Case No.: 05-17923 (ASH) |
| DELTA AIR LINES, INC. *et al.*, | (Jointly Administered) |
| Debtors. | Chapter 11 |

**SECOND AMENDED NOTICE OF APPEAL OF DFO PARTNERSHIP
OF ORDER WITH RESPECT TO TIA/SLV OBJECTION 1**

PLEASE TAKE NOTICE that DFO Partnerhip ("DFO") hereby appeals to the United States District Court for the Southern District of New York from the orders ("Orders") of the United States Bankruptcy Court ("Bankruptcy Court") for the Southern District of New York (Hon. Adlai S. Hardin), entered September 21, 2007 ("September 21 Order") (Docket No. 6720), and November 15, 2007 (Docket No. 6940), sustaining TIA/SLV Objection 1: Objection by Delta Air Lines, Inc. and the Official Committee of Unsecured Creditors to Certain Claims Filed by DFO and the Bank of New York for Tax Indemnities and Stipulated Loss Values ("TIA/SLV Objection 1") with Respect to Aircraft Nos. N914DL, N915DL, N916DL, N954DL, N955DL, N956DL, N957DL, and N958DL. Copies of (i) the Orders, (ii) the Bankruptcy Court's decision on TIA/SLV Objection 1 dated May 16, 2007 ("May 16 Decision") (Docket No. 6160), (iii) the transcript of the hearing held on August 20, 2007, denying DFO's Motion for Reconsideration of

the May 16 Decision dated May 31, 2007 (Docket No. 6643), and (iv) the transcript of the hearing held on November 6, 2007, denying DFO's Motion for Reconsideration of the September 21 Order, dated September 21, 2007 (Docket No. 6722), are attached hereto as Exhibits A-D, respectively.

The names of all parties to the Decisions and Orders appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Party** | **Attorneys** |
|---|---|
| Appellants | |
| DFO Partnership | Richard G. Smolev (RS 2222) |
| | Piper A. Brock (PB 6335) |
| | 425 Park Avenue |
| | New York, New York 10022 |
| | (212) 836-8000 (telephone) |
| | (212) 836-8689 (facsimile) |
| | Counsel for DFO Partnership |
| | |
| Appellees | |
| Delta Air Lines, Inc. | Michael E. Wiles (MW 0962) |
| | Richard F. Hahn (RH 5391) |
| | Debevoise & Plimpton LLP |
| | 919 Third Avenue |
| | New York, NY 10022 |
| | (212) 909-6000 (telephone) |
| | (212) 909-6836 (facsimile) |
| | Special Aircraft Attorneys for the Debtors and Debtors in Possession |
| | |
| The Official Committee of Unsecured Creditors of Delta Air Lines, Inc., *et al*. | Daniel H. Golden (DG 5624) |
| | David H. Botter (DB 2300) |
| | Mitchell P. Hurley (MH 0740) |
| | Akin Gump Strauss Hauer & Feld LLP |
| | 590 Madison Avenue |
| | New York, NY 10022 |
| | (212) 872-1000 (telephone) |
| | (212) 872-1002 (facsimile) |
| | Counsel for the Official Committee of Unsecured Creditors |

| | |
|---|---|
| <u>Interested Parties</u> | |
| Ad Hoc Committee of Senior Secured Aircraft Creditors | Michael M. Elliot (ME 0840)<br>Michael J. Reilly (MR 6994)<br>Joshua Dorchak (JD 1874)<br>Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022<br>(212) 705-7000<br>Counsel for Ad Hoc Committee of Senior Secured Aircraft Creditors |
| Wilmington Trust Company, as Owner Trustee, and Cargill Financial Services International, Inc. | Michael M. Elliot (ME 0840)<br>Michael J. Reilly (MR 6994)<br>Joshua Dorchak (JD 1874)<br>Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022<br>(212) 705-7000<br>Counsel for Wilmington Trust Company, as Owner Trustee, and Cargill Financial Services International, Inc. |
| Strategic Value Partners, LLC | Michael J. Edelman (ME 6476)<br>Ariel Levy (AL 2967)<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>805 Third Avenue<br>New York, NY 10022<br>(212) 407-7700<br><br>Douglas J. Lipke<br>Jonathan H. Bogaard<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>222 North LaSalle Street, Suite 2600<br>Chicago, IL 60601<br>(312) 609-7500<br>Counsel for Strategic Value Partners, LLC |
| BNY Lease Equities (Cap Funding) LLC and BNY Capital Resources Corporation | Zack A. Clement (ZC 8851)<br>David A. Gillespie (DG 4358)<br>David A. Rosenzweig (DR 5742)<br>Scott T. Dillon (SD 8860)<br>Fulbright & Jaworski L.L.P.<br>666 Fifth Avenue<br>New York, NY 10103<br>(212) 318-3000 |

|  |  |
|---|---|
|  | Counsel for BNY Lease Equities (Cap Funding) LLC and BNY Capital Resources Corporation |
| Verizon Capital Corp., Bell Atlantic Tricon Leasing Corporation, NCC Golf Company, NCC Key Company, and NCC Charlie Company | Peter S. Partee (PP 0766) Joseph S. Saltarelli (JS 1560) Hunton & Williams LLP 200 Park Avenue, 53rd Floor New York, NY 10166-0136 (212) 309-1000 Counsel for Verizon Capital Corp., Bell Atlantic Tricon Leasing Corporation, NCC Golf Company, NCC Key Company, and NCC Charlie Company |
| First Chicago Leasing Corporation and Banc One Equipment Finance, Inc. | Peter Pantaleo, Esq. (PP 5932) Robert Trust, Esq. (RT 6660) Simpson Thacher & Bartlett LLP 425 Lexington Avenue New York, NY 10017 (212) 455-2000 Counsel for First Chicago Leasing Corporation and Banc One Equipment Finance, Inc. |
| PNC Equipment Finance, LLC | Richard P. Norton, Esq. (RN 2231) Reed Smith LLP 599 Lexington Avenue New York, NY 10022 (212) 521-5400 |
|  | Claudia Z. Springer, Esq. (PA-34219) Kurt F. Gwynne, Esq. Elizabeth A. McGovern, Esq. Reed Smith LLP 2500 One Liberty Place Philadelphia, PA 19103 (215) 851-8100 Counsel for PNC Equipment Finance, LLC |

| | |
|---|---|
| Bank of New York, as Indenture Trustee | Leo T. Crowley, Esq.<br>Margot P. Erlich, Esq.<br>Pillsbury, Winthrop, Shaw & Pittman, LLP<br>1540 Broadway<br>New York, NY 10036<br>Counsel for Bank of New York, as Indenture Trustee |
| Fifth Third Bank | Amish Doshi, Esq.<br>Day Pitney, LLP<br>7 Times Square<br>New York, NY 10036<br>Counsel for Fifth Third Bank |
| Marriott International | Vincent J. Roldan, Esq.<br>DLA Piper<br>1251 Avenue of the Americas<br>New York, NY 10021 |

Dated: New York, New York
November 30, 2007

KAYE SCHOLER LLP

 /s/ Richard G. Smolev
Richard G. Smolev (RS 2222)
Piper A. Brock (PB 6335)
425 Park Avenue
New York, New York 10022
(212) 836-8000 (telephone)
(212) 836-8689 (facsimile)

*Counsel for DFO Partnership*

31573649.DOC