KAYE SCHOLER LLP
Richard G. Smolev (RS 2222)
Edmund M. Emrich (EE 3963)
425 Park Avenue
New York, New York 10022
(212) 836-8000 (telephone)
(212) 836-8689 (facsimile)

*Counsel for Appellant*
*DFO Partnership*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| DFO PARTNERSHIP | Case No. 07-CV-11437 (RJH) |
| Appellant, | |
| v. | Chapter 11 Case No. 05-17923 (ASH) |
| DELTA AIR LINES, INC., and THE POST-EFFECTIVE DATE COMMITTEE OF DELTA AIR LINES, INC. | (Jointly Administered) |
| Appellees. | |

### STIPULATION AND ORDER EXTENDING TIME TO FILE APPELLATE BRIEFS

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for appellant DFO Partnership ("DFO"), appellees Delta Air Lines, Inc. and The Official Committee of Unsecured Creditors of Delta Air Lines, Inc., and subject to approval of the Court, that (i) the time for DFO to file its opening brief is hereby extended to and including January 30, 2008, (ii) the time for appellees to file their brief is hereby extended to and including March 3, 2008, and (iii) the time for DFO to file its reply brief is hereby extended to and including March 18, 2008.

IT IS FURTHER STIPULATED AND AGREED that this stipulation shall be without prejudice to the right of any party to contend that this appeal is related to Appeal Number 07-CV-7745 pending before Judge Richard M. Berman.

IT IS FURTHER STIPULATED AND AGREED that this stipulation shall not prohibit any party from seeking any further extensions of the deadlines contained herein.

Dated: New York, New York
January 3, 2008

KAYE SCHOLER LLP

Richard G. Smolev (RS 2222)
Edmund M. Emrich (EE 3963)
425 Park Avenue
New York, New York 10022
(212) 836-8000 (telephone)
(212) 836-8689 (facsimile)

*Counsel for DFO Partnership*

Dated: New York, New York
January 3, 2008

DEBEVOISE & PLIMPTON LLP

Michael E. Wiles (MW 0962)
Richard F. Hahn (RH 5391)
919 Third Avenue
New York, NY 10022
(212) 909-6000 (telephone)
(212) 909-6836 (facsimile)

*Counsel for Appellee Delta Air Lines, Inc.*

[*Signatures Continued on Following Page*]

Dated: New York, New York
       January 3, 2008

AKIN GUMP STRAUSS
HAUER & FELD LLP

*[signature]*

Daniel H. Golden (DG 5624)
David H. Botter (DB 2300)
Mitchell P. Hurley (MH 0740)
590 Madison Avenue
New York, NY 10022
(212) 872-1000 (telephone)
(212) 872-1002 (facsimile)

*Counsel for Appellee, The Official Committee of Unsecured Creditors of Delta Air Lines, Inc.*

**SO ORDERED:**

Dated: New York, New York
       January 31, 2008

_____
UNITED STATES DISTRICT JUDGE