UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DFO PARNERSHIP,                                  :
                                                 :
                        Appellant,               :   07 Civ. 11437 (RMB)
         -against-                               :
                                                 :   **ADMINSTRATIVE ORDER**
DELTA AIRLINES, INC.                             :
                                                 :
                        Appellee.                :
------------------------------------------------------------X

      The Clerk of Court is respectfully requested to designate the above captioned case as **related** to In re Delta Airlines, Inc., No. 07 Civ. 7745.

**SO ORDERED**.

Dated: New York, New York
       February 18, 2008

                                                                             RMB
                                                    Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/08