KAYE SCHOLER LLP
Richard G. Smolev (RS 2222)
Piper A. Brock (PB 6335)
425 Park Avenue
New York, New York 10022
(212) 836-8000 (telephone)
(212) 836-8689 (facsimile)

*Counsel for Appellant*
*DFO Partnership*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT NEW YORK**

| | |
|---|---|
| **DFO PARTNERSHIP**  Appellant,  v.  **DELTA AIR LINES, INC., and THE POST-EFFECTIVE DATE COMMITTEE**  Appellees. | Civil Case No. 07-CV-11437 (RMB) (ECF Case) |

## RULE 7.1 CERTIFICATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Appellant DFO Partnership ("DFO"), a non-governmental corporate party, certifies that DFO is jointly owned by Bank of America Leasing LLC and Ford Motor Credit Company. The parent of Bank of America Leasing LLC is Bank of America, N.A. The parent of Ford Motor Credit Company is Ford Motor Company.

Dated: New York, New York
February 21, 2008

KAYE SCHOLER LLP

 /s/ Richard G. Smolev
Richard G. Smolev (RS 2222)
Piper A. Brock (PB 6335)
425 Park Avenue
New York, New York 10022
(212) 836-8000 (telephone)
(212) 836-8689 (facsimile)

*Counsel for Appellant*
*DFO Partnership*