UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| DFO PARTNERSHIP<br><br>Appellant,<br><br>v.<br><br>DELTA AIR LINES, INC., and THE POST-EFFECTIVE DATE COMMITTEE OF DELTA AIR LINES, INC.<br><br>Appellees. | Case No. 07-11437 (RMB):<br><br>Chapter 11 Case No. 05-17923 (ASH)<br><br>(Jointly Administered)<br><br>MOTION TO ADMIT COUNSEL<br><br>PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Richard G. Smolev, a member in good standing

of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name:  PIPER A. BROCK
    Firm Name:  KAYE SCHOLER LLP
    Address:  425 Park Avenue
    City/State/Zip:  New York, New York 10022
    Phone Number:  (212) 836-7022
    Fax Number:  (212) 836-6359

PIPER A. BROCK is a member in good standing of the Bar of the State of New York. There are

no pending disciplinary proceedings against PIPER A. BROCK in any State or Federal court.


Dated:  February 20, 2008
        New York, New York

                                                    Respectfully submitted,

                                                    Richard G. Smolev (RS 2222)
                                                    KAYE SCHOLER LLP
                                                    425 Park Avenue
                                                    New York, New York 10022
                                                    (212) 836-8000 (telephone)
                                                    (212) 836-8689 (facsimile)

31608147.DOC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| DFO PARTNERSHIP<br><br>Appellant,<br><br>v.<br><br>DELTA AIR LINES, INC., and THE POST-EFFECTIVE DATE COMMITTEE OF DELTA AIR LINES, INC.<br><br>Appellees. | Case No. 07-11437 (RMB):<br><br>Chapter 11 Case No.<br>05-17923 (ASH)<br><br>(Jointly Administered)<br><br>AFFIDAVIT OF<br>RICHARD G. SMOLEV<br>IN SUPPORT OF MOTION<br>TO ADMIT COUNSEL<br>PRO HAC VICE |

State of New York     )
                                    )  ss:
County of New York )

Richard G. Smolev, being duly sworn, hereby deposes and says as follows:

1. I am Partner at KAYE SCHOLER, LLP, counsel for Appellant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Appellant's motion to admit Piper A Brock as counsel pro hac vice to represent Appellant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York and Illinois. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Piper A Brock for approximately three years.

4. Piper A. Brock is Counsel at Kaye Scholer LLP in New York, New York

5. I have found Piper A. Brock to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure

6. Accordingly, I am pleased to move the admission of Piper A Brock, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Piper A. Brock, pro hac vice, which is attached hereto as Exhibit A.

31608147.DOC

WHEREFORE it is respectfully requested that the motion to admit Piper A Brock, pro hac vice, to represent Appellant in the above captioned matter, be granted.

Dated: February 20, 2008
New York, New York

Respectfully submitted,

_____
Richard G. Smolev (RS 2222)

Sworn to before me this 20 day of February, 2008

My commission expires: 11/30/10

Gurnel Jean-Louis
_____
Name

_____
Notary Public

GURNEL JEAN-LOUIS
Notary Public, State of New York
No. 01JE6016979
Qualified in Queens County
Commission Expires Nov. 30, 2010

31608147.DOC

## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, John W. McConnell, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# PIPER ANN BROCK

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the 17th day of June, 1985 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

February 22, 2008

Clerk of the Court

2092

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

|  |  |
|---|---|
| DFO PARTNERSHIP<br><br>Appellant,<br><br>v.<br><br>DELTA AIR LINES, INC., and THE POST-EFFECTIVE DATE COMMITTEE OF DELTA AIR LINES, INC.<br><br>Appellees. | Case No. 07-11437 (RMB):<br><br>Chapter 11 Case No.<br>05-17923 (ASH)<br><br>(Jointly Administered)<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | PIPER A. BROCK |
| Firm Name: | KAYE SCHOLER LLP |
| Address: | 425 Park Avenue |
| City/State/Zip: | New York, New York 10022 |
| Phone Number: | (212) 836-7022 |
| Fax Number: | (212) 836-6359 |

is admitted to practice pro hac vice as counsel for DFO Partnership in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:   February ___, 2008
         New York, New York

_____
United States District Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK

---

| | |
|---|---|
| DFO PARTNERSHIP<br><br>                           Appellant,<br><br>v.<br><br>DELTA AIR LINES, INC., and THE POST-EFFECTIVE DATE COMMITTEE OF DELTA AIR LINES, INC.<br><br>                           Appellees. | Case No. 07-11437 (RMB):<br><br>Chapter 11 Case No.<br>05-17923 (ASH)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Lauren Attard hereby certify that I am over the age of eighteen years, that I am not a party to this action. I also certify that I am an employee of Kaye Scholer LLP, Counsel to the DFO Partnership. On February 22, 2007 I caused to be served true and correct copies of **Appellant's Motion to Admit Counsel Pro Hac Vice** upon the parties listed on the annexed service list, by the methods specified therein.

                                                                                    */s/ Lauren Attard*
                                                                                     Lauren Attard

Sworn to before me this
22 Day of February 2008

*/s/ Gurnel Jean-Louis*
Notary Public
GURNEL JEAN-LOUIS
Notary Puhlic, State of New York
No. 01JE6016979
Qualified in Queens County
Commission Expires Nov. 30, 2010

Michael E. Wiles, Esq.
Karen Yumi Paik, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

Daniel H. Golden, Esq.
Mitchell Hurley, Esq.
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022

L. Handelsman, Esq.
Jayme Goldstein, Esq.
Stroock Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Greg M. Zipes, Esq.
Office of United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004

David H. Botter, Esq.
Akin Gump LLP
590 Madison Avenue
New York, NY 10022

Lisa Hill Fenning, Esq.
Dewey Ballantine LLP
333 South Grand Avenue
Suite 2600
Los Angeles, CA 90071

Joshua Dorchak, Esq.
Julia Frost Davies, Esq.
Ronald J. Silverman, Esq.
Mark Elliott, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Michael J. Edelman, Esq.
Vedder Price P.C.
1633 Broadway
47th Floor
New York, NY 10019

Jonathan H. Bogaard, Esq.
Vedder Price P.C.
222 North LaSalle Street
Chicago, IL 60601

Leo T. Crowley, Esq.
Margot P. Ehrlich, Esq.
Pillsbury Winthrop LLP
1540 Broadway
New York, NY 10036

Nathan Fuchs
Securities and Exchange Commission
3 World Financial Center
New York, NY 10281

Zack A. Clement, Esq.
David A. Gillespie, Esq.
David A. Rosenzweig, Esq.
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, NY 10103

Peter S. Partee, Esq.
Joseph S. Saltarelli, Esq.
Hunton & Williams LLP
200 Park Avenue, 53rd Floor
New York, NY 10166-0136

Robert Trust, Esq.
Cravath Swaine & Moore LLP LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

Richard P. Norton, Esq.
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

Claudia Z. Springer, Esq.
Kurt F. Gwynne, Esq.
Elizabeth McGovern, Esq.
Reed Smith LLP
2500 One Liberty Place
Philadelphia, PA 19103

Amish Doshi, Esq.
Day Pitney LLP
7 Times Square
New York, NY 10036

Vincent J. Roldan, Esq.
DLA Piper
1251 Avenue of the Americas
New York, NY 10021

Marshall S. Huebner, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

David P. Simonds, Esq.
Drake Foster, Esq.
Akin Gump LLP
2029 Century Blvd East
Suite 2400
Los Angeles, CA 90067-3012

Richard F. Hahn, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

Delta Air Lines, Inc.
P.O. Box 20706
Atlanta, GA 30320-6001