~~Case 1:07-cv-11437-RMB   Document 12   Filed 02/25/2008   Page 5 of 9~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| DFO PARTNERSHIP<br><br>  Appellant,<br><br>v.<br><br>DELTA AIR LINES, INC., and<br>THE POST-EFFECTIVE DATE<br>COMMITTEE OF DELTA AIR<br>LINES, INC.<br>  Appellees. | Case No. 07-11437 (RMB):<br><br>Chapter 11 Case No.<br>05-17923 (ASH)<br><br>(Jointly Administered)<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE** |

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | PIPER A. BROCK |
| Firm Name: | KAYE SCHOLER LLP |
| Address: | 425 Park Avenue |
| City/State/Zip: | New York, New York 10022 |
| Phone Number: | (212) 836-7022 |
| Fax Number: | (212) 836-6359 |

is admitted to practice pro hac vice as counsel for DFO Partnership in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: February 28, 2008
New York, New York

_RMB_
United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/08
```