**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **DFO PARTNERSHIP,**<br>       **Appellant**,<br>v.<br>**DELTA AIR LINES, INC. and THE POST-EFFECTIVE DATE COMMITTEE OF DELTA AIR LINES, INC.,** *et al.*,<br>       **Appellees.** | Case No. 07-CV-11437 (RJH)<br>(ECF Case)<br><br>Chapter 11 Case No.<br>05-17923 (ASH)<br><br>(Jointly Administered)<br><br>**RULE 7.1 CERTIFICATION** |

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Appellee Strategic Value Partners, LLC (a private non-governmental party) certifies that there is no corporate parent for Appellee Strategic Value Partners, LLC and that no publicly held corporation owns the beneficial interests in 10% or more of the stock of Strategic Value Partners, LLC.

Dated: March 3, 2008

              Respectfully submitted,

              **VEDDER PRICE P.C.**

              By: /s/ Michael J. Edelman
                 Michael J. Edelman (ME 6476)
                 1633 Broadway, 47th Floor\
                 New York, New York 10019
                 Tel: 212-407-7700
                 E-mail:MJEdelman@VedderPrice.com

                 Douglas J. Lipke
                 Jonathan H. Bogaard
                 222 North LaSalle Street, Suite 2600
                 Chicago, Illinois 60601
                 Tel: 312-609-7500
                 E-mail:DLipke@VedderPrice.com
                   JBogaard@VedderPrice.com
              *Counsel for Appellee Strategic Value Partners, LLC*