DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
Michael E. Wiles
Richard F. Hahn

Special Aircraft Attorneys for Reorganized Debtors

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

**DFO Partnership,**

               Appellant,   Civil Case No. 07-CV-11437 (RMB)
                                                     (ECF Case)
              -against-

**DELTA AIR LINES, INC. and THE POST-**
**EFFECTIVE DATE COMMITTEE OF DELTA**
**AIR LINES, INC.,**

               Appellees.

-----------------------------------------------------------x

## RULE 7.1 CERTIFICATION

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Appellee Delta Air Lines, Inc. ("**Delta**"), a non-governmental corporate party, certifies that Delta is a publicly traded corporation and does not have a parent corporation.

1

   Counsel for Appellee Delta further certifies that it has made an inquiry and has been informed by Delta that the only publicly held entity that holds ten percent or more of Delta's stock is J.P. Morgan Investment Management Inc.

| | |
|---|---|
| Dated: New York, New York<br>   March 5, 2008 | Respectfully submitted,<br><br>DEBEVOISE & PLIMPTON LLP<br><br>/s/ Michael E. Wiles   _____<br>Michael E. Wiles<br>Richard F. Hahn<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 909-6000<br>Facsimile: (212) 909-6836<br>Special Aircraft Attorneys for Reorganized Debtors |