Mark M. Elliott (ME-0840)
Michael J. Reilly (MR-6994)
Joshua Dorchak (JD-1874)
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York  10022
(212) 705-7000

Counsel to Cargill Financial Services International, Inc.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
                                                           :
In re:                                                     :    Appeal from:
                                                           :    Chapter 11 Case No. 05-17923 (ASH)
**DELTA AIR LINES, INC., et al.,**                         :
                                                           :
           Debtors.                                        :
                                                           :
---------------------------------------------------------- x
                                                           :
**DFO PARTNERSHIP,**                                       :    Case No. 07-CV-11437 (RMB)
                                                           :    (ECF Case)
           **Appellant,**                                  :
                                                           :
v.                                                         :
                                                           :
**DELTA AIR LINES, INC., and
THE POST-EFFECTIVE DATE
COMMITTEE OF DELTA AIR
LINES, INC.,**                                             :
                                                           :
           **Appellees.**                                  :
---------------------------------------------------------- x

## RULE 7.1 CERTIFICATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for party in interest Cargill Financial Services International, Inc. ("CFSI"), a private nongovernmental party, certifies that the ultimate corporate parent of CSFI is Cargill, Inc., a

privately held company, and that no publicly held corporation owns 10% or more of the stock of CFSI.

Dated: New York, New York
       March 3, 2008

                                **BINGHAM MCCUTCHEN LLP**

                            By:  /s/ Joshua Dorchak
                                    Mark M. Elliott (ME-0840)
                                    Michael J. Reilly (MR-6994)
                                    Joshua Dorchak (JD-1874)
                                    399 Park Avenue
                                    New York, New York  10022
                                    (212) 705-7000

                                    Counsel to Cargill Financial Services
                                    International, Inc.