Mark M. Elliott (ME-0840)
Michael J. Reilly (MR-6994)
Joshua Dorchak (JD-1874)
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York  10022
(212) 705-7000

Counsel to Wilmington Trust Company, as Owner Trustee

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                             :
In re:                                                       :   Appeal from:
                                                             :   Chapter 11 Case No. 05-17923 (ASH)
DELTA AIR LINES, INC., et al.,                               :
                                                             :
            Debtors.                                         :
                                                             :
------------------------------------------------------------ x
                                                             :
DFO PARTNERSHIP,                                             :   Case No. 07-CV-11437 (RMB)
                                                             :   (ECF Case)
            Appellant,                                       :
                                                             :
v.                                                           :
                                                             :
DELTA AIR LINES, INC., and                                   :
THE POST-EFFECTIVE DATE                                      :
COMMITTEE OF DELTA AIR                                       :
LINES, INC.,                                                 :
                                                             :
            Appellees.                                       :
------------------------------------------------------------ x

## RULE 7.1 CERTIFICATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for party in interest Wilmington Trust Company, as Owner Trustee, a private nongovernmental party, certifies that the corporate parent of Wilmington Trust Company is

Wilmington Trust Corporation, a publicly held corporation which holds 100% of Wilmington Trust Company.

Dated: New York, New York
       March 6, 2008

                **BINGHAM MCCUTCHEN LLP**

            By:  s/ Joshua Dorchak_____
                 Mark M. Elliott (ME-0840)
                 Michael J. Reilly (MR-6994)
                 Joshua Dorchak (JD-1874)
                 399 Park Avenue
                 New York, New York  10022
                 (212) 705-7000

                 Counsel to Wilmington Trust Company,
                 as Owner Trustee